```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

_____
                                )
LINCOLN LATHAM JR.,             )
        Plaintiff,              )
                                )     CIVIL ACTION
        v.                      )     NO. 23-10345-WGY
                                )
BOARD OF BAR OVERSEERS OF THE   )
SUPREME JUDICIAL COURT OF       )
MASSACHUSETTS, ET AL.,          )
        Defendants,             )
                                )
_____
```

YOUNG, D.J.                                           June 6, 2023

**ORDER**

By Memorandum and Order, the Court granted Plaintiff Lincoln Latham Jr.'s motion for leave to proceed in forma pauperis and advised him that his complaint is subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2); 28 U.S.C. § 1915A(b).  Docket No. 31.  The Court's Memorandum and Order stated that most of the claims are beyond the applicable statute of limitations, barred by res judicata or fail to state a claim cognizable under federal law.  Plaintiff was directed to file an amended complaint curing the pleading deficiencies.  Id.

In response to the Memorandum and Order, Plaintiff filed a one-page complaint "for personal liberty and due process rights" in which he complains that two of the defendants conspired to steal plaintiff's clothing including plaintiff's "state clothing & linen request.  Docket No. 34.  Plaintiff repeats these allegations in

the pleadings titled articles of argumentative pleadings (Docket No. 33) and plaintiff's plea of not guilty (Docket No. 25).  These documents, however, fail to cure the pleading deficiencies of the original complaint.  To the extent plaintiff asserts a claim concerning a conspiracy to steal his clothing, the factual allegations in the amended complaint fail to state a claim cognizable under federal law.

For these reasons, the Court DISMISSES this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED.**

                                            /s/ William G. Young
                                            WILLIAM G. YOUNG
                                            UNITED STATES DISTRICT JUDGE